# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| LUCKY TRADING COMPANY, INC, ) | BANKRUPTCY |
| ) | CASE NO. 05-67479-CRM |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

COMES NOW JANET G. WATTS, Chapter 7 Trustee, and, pursuant to 11 U.S.C. §347 and FRBP 3011, hereby pays the sum of $13,097.27 into the registry of the court. Said sum represents the amount of checks unpaid after 90 days. A summary of the payees and amounts is attached hereto and made a part hereof by reference.

Respectfully submitted this 25th day of January, 2017.

P.O. Box 430  
Jonesboro, GA 30237  
(770) 461-1320

/s/ Janet G. Watts  
_____  
JANET G. WATTS, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I, Janet G. Watts, certify that I am over the age of 18 and that on January 25, 2017, I served a copy of the foregoing Notice of Payment into the Registry of the Court by placing same in the United States mail, first class, adequate postage prepaid, addressed as follows: Office of the United States Trustee, 362 Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

This the 25th day of January, 2017.

/s/ Janet G. Watts  
_____  
JANET G. WATTS

**OUTSTANDING TRANSACTIONS-CHECKED STOPPED OR VOIDED AFTER 90 DAYS**
**05-67479-CRM, LUCKY TRADING COMPANY**

| PAYEE | CHECK NO. | AMOUNT |
|---|---|---|
| The Proctor and Gamble Dist. Co.<br>Attn: J. Mulligan, Credit Mgr.<br>8500 Governors Hill Drive<br>Cincinnati, OH 45249 | 5018 | $1,558.06 |

Payment stopped-check neither returned nor negotiated
------

| | | |
|---|---|---|
| Bomee Enterprise Corporation<br>109-09 15th Avenue #3<br>College Point, NY 11356 | 5021 | $164.85 |

Payment stopped-check neither returned nor negotiated
-------

| | | |
|---|---|---|
| J.M. Products, Inc.<br>P.O. Box 4025<br>2501 State Street<br>Little Rock, AR 72214 | 5026 | $2,625.73 |

Check voided; returned with "Unable to Forward" No new address found on-line.
-------

| | | |
|---|---|---|
| Alberto Culver USA, Inc.<br>Attn: James W. Varry<br>2525 W. Armitage Avenue<br>Melrose Park, IL 60160-1163 | 5027 | $8,405.79 |

Payment stopped-Check originally returned with "Unable to Forward"; re-sent to 800 Sylvan Avenue, Englewood, NJ 07632-neither returned nor negotiated.
------

| | | |
|---|---|---|
| Citibank (USA) NA<br>Assoc/BP Amoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | 5029 | $159.93 |

Check Voided-Returned twice by Citibank indicating that it was "not the payee"
-------

| | | |
|---|---|---|
| T-Mobile USA<br>Attn: Bankruptcy Dept.<br>P.O. Box 37380<br>Albuquerque, NM 87176 | 5033 | $182.91 |

Payment Stopped-check neither returned nor negotiated
**Total:**                                                                                           **$13,097.27**